# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Augusto Ramos-Solis,<br>A205 403 489<br>*Defendant* | Case No. 17-7422MJ |

DOA
7-25-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 25, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Augusto Ramos-Solis, an alien, was found in the United States of America, at or near Cucklebur, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Del Rio, Texas, on or about February 15, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*
Ian C. Pope
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 26, 2017

*Judge's signature*

Bridgett S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 25, 2017, Border Patrol Agent S. Hendricks encountered an individual near Cucklebur, in the District of Arizona. The Agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Augusto Ramos-Solis, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Ramos-Solis was transported to the Casa Grande Border Patrol Station for further processing. Ramos-Solis was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Augusto Ramos-Solis to be a citizen of Mexico and a previously deported alien. Ramos-Solis was removed from the United States to Mexico through Del Rio, Texas, on or about February 15, 2017, pursuant to a removal order issued by an immigration official. There is no record of Augusto Ramos-Solis in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ramos-Solis' immigration history was matched to

him by electronic fingerprint comparison.

4. On July 25, 2017, Augusto Ramos-Solis was advised of his constitutional rights. Ramos-Solis stated that he acknowledged his rights, but declined to make a statement under oath without a lawyer present.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about July 25, 2017, Augusto Ramos-Solis, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about February 15, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

---

Ian C. Pope
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 26th day of July, 2017.

---

Bridgett S. Bade
United States Magistrate Judge